UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

JOSEPH LOUIS   HOLLOWAY IV

                                                   : Bankruptcy No. 18-14029REF
       Debtor(s)                          : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: March 21, 2019**

_____
Richard E. Fehling, B. J.

Interested parties:

Rolando Ramos-Cardona, Esq.
William C. Miller, Esq.
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

PATRICK J BEST, ESQ.
ANDERS, RIEGEL & MASINGTON LLC
18 NORTH 8TH STREET
STROUDSBURG PA 18360-1718

JOSEPH LOUIS   HOLLOWAY IV
1754 CHAPEL AVENUE
ALLENTOWN,PA.18103